**Electronically Filed
Supreme Court
SCWC-16-0000070
03-APR-2019
02:21 PM**

SCWC-16-0000070

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

M POCKET CORPORATION, Respondent/Plaintiff-Appellee,

vs.

SHANGHAI SHANGHAI, LLC, dba MAUI KITCHEN; and RONALD AU,
Petitioners/Defendants-Appellants,

and

RONALD AU, dba MAUI KITCHEN,
Petitioner/Defendant and Third-Party Plaintiff-Appellant,

vs.

M POCKET CORPORATION, a Hawaii Limited Partnership; PETER C.K.
FONG; SOFOS REALTY CORPORATION; MOLLY ROBERTS; SISSY NOELANI,
Respondents/Third-Party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000070; CIV. NO. 14-1-2398)
(CAAP-16-0000195; CIV. NO. 1RC-14-1-7371)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Shanghai Shanghai,
LLC and Ronald Au's Application for Writ of Certiorari, filed on
February 19, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 3, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

